UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case Number: PE:22-CR-00186-DC |
| TOBIAS PENNER PETERS, | § § § | |
| *Defendant.* | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant herein respectfully requests to continue the present trial setting of July 18, 2022 to August, 2022 in the above case in order to allow the Government more time to deliver discovery to the defense. Preliminary discovery was received from Homeland Security Investigations on May 27, 2022, and said discovery was, in turn, disclosed to defense counsel. The discovery process remains ongoing and the Government shall continue to disclose said discovery as it becomes available.

This motion is made in the interest of justice and not for the purpose of delay.

Respectfully submitted,

Antonio Rodriguez
SBN 17140825
P.O. Box 1576
Presidio, Texas 79845
432.229.4555
432.229.4556 (F)
e-mail: lawyer@bigbend.net

## Certificate of Service

I hereby certify that on the 28th day of June, 2022, a copy of this document was filed via the CM/ECF System which will then serve Counsel for the Government, Amy L. Greenbaum.

_____
Antonio Rodriguez

## Certificate of Conference

I hereby certify that on the 24th day of June, 2022, the Government announced in open court that it did not oppose the granting of this motion.

_____
Antonio Rodriguez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>TOBIAS PENNER PETERS,<br><br>    *Defendant.* | §<br>§<br>§<br>§<br>§   Case Number:  PE:22-CR-00186-DC<br>§<br>§<br>§<br>§ |

**ORDER ON DEFENDANT'S
UNOPPOSED MOTION FOR CONTINUANCE**

Before the Court is the Defendant's Unopposed Motion for Continuance of the Jury Trial, filed on June 28, 2022. The Court **GRANTS/DENIES** the Motion.

Accordingly, **IT IS ORDERED** that the Motion for Continuance of the Jury Trial is **GRANTED/DENIED**. This case is rescheduled for Jury Selection on _____, 2022 at _____ o'clock _____.m.

**The Court finds that the interest of justice outweighs the interest of the Defendant and of the public in a speedy trial, and that the period of time from** _____**, 2022 through** _____ _____**, 2022, is excludable time within the meaning of the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)** <u>et seq.</u>

**IT IS SO ORDERED.**

Signed this _____ day of June, 2022

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE